1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | ROBERT E. DUGDALE
Assistant United States Attorney
3 | Chief, Criminal Division
KEVIN S. ROSENBERG (SBN 174593)
4 | Assistant United States Attorney
Deputy Chief, OCDETF Section
5 | RASHA GERGES (SBN 218248)
Assistant United States Attorney
6 | OCDETF Section
   1400 United States Courthouse
7 |   312 North Spring Street
   Los Angeles, California 90012
8 |   Telephone: (213) 894-4849/6530
   Facsimile: (213) 894-0142
9 |   E-mail: Kevin.Rosenberg@usdoj.gov
           Rasha.Gerges@usdoj.gov
10 |
Attorneys for Plaintiff
11 | UNITED STATES OF AMERICA

12 |

13 |                UNITED STATES DISTRICT COURT

14 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 | UNITED STATES OF AMERICA,       )   No. CR 10-**CR 10 00952**
                                    )
16 |              Plaintiff,         )   EX PARTE APPLICATION TO FILE
                                    )   INDICTMENT AND ARREST WARRANTS
17 |              v.                 )   UNDER SEAL; MEMORANDUM OF
                                    )   POINTS AND AUTHORITIES;
18 | KYLE CARRIERE, et al.,          )   DECLARATION OF KEVIN S.
                                    )   ROSENBERG
19 |              Defendants.        )
                                    )   [UNDER SEAL]
20 |                                 )
                                    )   [APPLICATION AND ORDER SEALING
21 |                                 )   FILING CONTAINED WITHIN THIS
                                    )   PLEADING]
22 |

23 |      The United States of America hereby applies to this Court

24 | for an order permitting it to file the indictment and arrest

25 | warrants, as well as all accompanying documents, in the above-

26 | captioned proceeding under seal.  In addition, the request to

27 | ///

28 |

1 | seal would apply to the attached Memorandum of Points and

2 | Authorities and Declaration of Kevin S. Rosenberg which serve as

3 | a basis for the application.

4 | DATED: August 23, 2010          Respectfully submitted,

5 |                                ANDRÉ BIROTTE JR.
                                   United States Attorney
6 |
                                   ROBERT E. DUGDALE
7 |                                Assistant United States Attorney
                                   Chief, Criminal Division
8 |

9 |                                _____
                                   KEVIN S. ROSENBERG
10 |                               Assistant United States Attorney

11 |                                    Attorneys for Plaintiff
                                        United States of America
12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2

MEMORANDUM OF POINTS AND AUTHORITIES

In this application, the United States asks this Court to seal the indictment and arrest warrants of the defendants charged in this case.   The Ninth Circuit has held that federal district courts have the inherent power to seal indictments, affidavits filed with complaints, arrest warrants and search warrants in appropriate circumstances.   Offices of Lakeside Non-Ferrous Metals, Inc. v. United States, 679 F.2d 778, 779 (9th Cir. 1982); United States v. Agosto, 600 F.2d 1256, 1258 (9th Cir. 1979). This inherent power may appropriately be exercised when disclosure of the indictment would disclose facts which would interfere with an ongoing criminal investigation or would preclude apprehension of persons to be arrested who remain at-large.   Shea v. Gabriel, 520 F.2d 879, 882 (1st Cir. 1979).

In the present case, as is set forth in attached Declaration of Kevin S. Rosenberg, the disclosure of the indictment and arrest warrants would directly harm the government's ongoing investigation of this matter by prematurely disclosing the existence, scope, and nature of the investigation and potentially thwart the government's efforts to apprehend the indicted defendants.

Accordingly, the government requests this Court to enter an order sealing the indictment and arrest warrants, the supporting documentation, as well as this application, memorandum and Declaration until the first defendant is arrested on indictment.

3

## DECLARATION OF KEVIN S. ROSENBERG

I, Kevin S. Rosenberg, hereby declare as follows:

1.   I am an Assistant United States Attorney in the Central District of California.   I am one of the prosecutors assigned to this case.

2.   Law enforcement agents are planning to arrest the defendants named in this indictment in September 2010.   As such, the government's investigation is not public knowledge at this time.   Therefore, I am requesting that this Court seal the indictment and arrest warrants because the charged defendants have not been taken into custody on the indictment.   Based upon my experience and conversations with the case agents, I believe that the likelihood of apprehending the defendants at large might be seriously jeopardized if the indictment and arrest warrants in this case were made publicly available before the defendants are taken into custody on the indictment.

3.   It is therefore respectfully requested that this Court issue an order sealing the indictment, arrest warrants, and all the accompanying documents pertaining to this application in this case until further order for the court.   I further request that the indictment automatically unseal upon first defendant's arrest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of August 2010, at Los Angeles, California.

_____
KEVIN S. ROSENBERG

4