FILED

2010 AUG 24 PM 2:55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF(S)<br><br>　　　v.<br><br>KYLE CARRIERE, et al.,<br><br>　　　　　　　　　　DEFENDANT(S). | Initial Indictment:<br>**CR 10 00952**<br>Case Number to be Assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br><br>_____<br>Case Number<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br>(To Be Filed No Later than Two Business Days Prior to the Time of Arraignment) |

☑ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☑　　There are eight (8) or more defendants. The number of defendants is __20__.
and/or
☑　　The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is __20-30__ trial days.

---

☐ **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐　　There are eight (8) or more defendants. The number of defendants is _____ (The previous number of defendants was _____).
and/or
☐　　The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. (The previous estimate was _____ trial days.)

Date: __8/23/2010__　　　　　　　　　　　　　　　　__/s/ Kevin S. R.__
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

---

CR-63 (07/05)　　　　　　　　　NOTICE TO COURT OF COMPLEX CRIMINAL CASE