# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:10-CR-00952-VBF          Recorder: CS 09/27/2010          Date: 09/27/2010

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Court Clerk: Christiana Howard          Assistant U.S. Attorney: Kevin Rosenberg

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 7.) NATHAN NWOBI<br>      CUSTODY-PRESENT | 7.) ANTHONY O. EGBASE<br>      RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge Valerie Baker Fairbank.
It is ordered that the following date(s) and time(s) are set:
      Jury Trial 11/23/2010 at 8:30 A.M.
      Status Conference 11/01/2010 at 9:30 A.M.
      Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: CH by TRB

cc: Statistics Clerk, PSALA USMLA